# Richmond

DELIA NOLAN CURRAN V. FRANK CURRAN'S EXECUTOR, ET ALS.

November 16, 1933.

Present, Campbell, C. J., and Holt, Epes, Hudgins, Gregory and Browning, JJ.

*Harrison, Long & Williams,* for the appellant.

*Thomas J. O'Brien* and *Fred Harper,* for the appellees.